

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and PRIORITY RECORDS LLC, a California limited liability company, | Hon.: Anna Diggs Taylor<br>Case: 2:05-cv-74756-ADT-SDP |
| Plaintiffs, | |
| v. | |
| TAMEKA BURGESS, | |
| Defendant. | |

### DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court [Doc. #9], and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the six sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).]

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Two Hundred Fifty-Six Dollars and Fifty Six Cents ($ 256.56).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

"Stranger In My House," on album "A Nu Day," by artist "Tamia" (SR# 293-084);

- "Niggaz for Life," on album "Efil4zaggin'," by artist "NWA" (SR# 137-627);
- "Get Along With You," on album "Kaleidoscope," by artist "Kelis" (SR# 277-087);
- "My First Love," on album "My Thoughts," by artist "Avant" (SR# 281-220);
- "Liberian Girl," on album "Bad," by artist "Michael Jackson" (SR# 84-256);
- "Tell Me," on album "Dru Hill," by artist "Dru Hill" (SR# 227-760);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: November 13, 2006

By: _____
Hon. Anna Diggs Taylor
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on November 13, 2006

s/Johnetta M. Curry-Williams
Case Manager

2